IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01308-PAB-MJW

DEANNA ALBRIGHT,

Plaintiff,

v.

WINDHAM PROFESSIONALS, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Leave to File Amended Complaint (Docket No. 18) is granted, and the tendered Plaintiff's First Amended Complaint and Jury Demand (Docket No. 18-1) is accepted for filing as of the date of this Minute Order.

Date: September 13, 2011