## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### COURT FILE NO.: 1:11-cv-01308-PAB-MJW

Deanna Albright,
  Plaintiff

v.

Windham Professionals, Inc.,
  Defendant
_____

### NOTICE OF SETTLEMENT
_____

   NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled.  The parties hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement and file a Joint Stipulation to Dismiss this matter. This Court shall retain jurisdiction over this matter until fully resolved. Plaintiff further requests that any Orders submitted by this Court in relation to this matter include a directive that Defendants comply with the terms of this settlement in a timely manner.

         **Respectfully submitted,**

**October 3, 2011**       **/s/ Craig J. Ehrlich**
             **Craig J. Ehrlich**
             **Attorney for Plaintiff**

## <u>CERTIFICATE  OF SERVICE</u>

I certify that on October 3, 2011, I electronically filed the foregoing document with the clerk of the U.S. District Court of Colorado, using the electronic case filing system of the court. Copy of the foregoing was served on counsel of record below via the court's CM/ECF system on this 3rd day of October, 2011.


Steven Wienczkowski
Adam L. Plotkin, P.C.
621 Seventeenth Street, Suite 1800
Denver CO 80293


By: <u>s/Jessica DeCandia</u>
    Jessica DeCandia