## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### COURT FILE NO.: 1:11-cv-01308-PAB-MJW

Deanna Albright,
    Plaintiff

v.

Windham Professionals, Inc.,
    Defendant

_____

### STIPULATION TO DISMISS PURSUANT TO SETTLEMENT
_____

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.


| For Plaintiff, | For Defendant, |
|---|---|
| s/ Craig J. Ehrlich | s/ Steve Wenczkowski |
| Weisberg & Meyers, LLC | Adam L. Plotkin, P.C. |

## **CERTIFICATE OF SERVICE**

  I certify that on October 26, 2011, I electronically filed the foregoing document with the clerk of the U.S. District Court of Colorado, using the electronic case filing system of the court. Copy of the foregoing was served on counsel of record below via the court's CM/ECF system on this 26th day of October 26, 2011.


Steven Wienczkowski
Adam L. Plotkin, P.C.
621 Seventeenth Street, Suite 1800
Denver CO 80293


By: s/Jessica DeCandia
  Jessica DeCandia